UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL "SINCERE" MCCOY,<br><br>Defendant. | Case:2:20-cr-20234<br>Judge: Berg, Terrence G.<br>MJ: Patti, Anthony P.<br>Filed: 06-10-2020 At 02:24 PM<br>INDI USA V. MCCOY (DA)<br><br><br><br>VIO: 18 U.S.C. §§ 1591(a)(1),<br>(b)(2), (c) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 1591(a)(1), (b)(2), (c)
*Sex Trafficking of Minors*

Beginning in early February 2020 and continuing through March 2020, in the Eastern District of Michigan and elsewhere, in and affecting interstate commerce, the defendant, SAMUEL "SINCERE" MCCOY," knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained a minor, JD, knowing that she would be caused to engage in a commercial sex act, knowing and in reckless disregard of the fact that JD was under the age of 18, and after having had a reasonable opportunity to observe JD, all in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and (c).

1

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit
Assistant United States Attorney

*s/ Thomas Franzinger*
THOMAS FRANZINGER
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:  313-226-9774
Thomas.franzinger2@usdoj.gov


Dated: June 10, 2020

|  |  |  |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Cov( | Case: 2:20-cr-20234<br>Judge: Berg, Terrence G.<br>MJ: Patti, Anthony P.<br>Filed: 06-10-2020 At 02:24 PM<br>INDI USA V. MCCOY (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp~~~~~~~~~~~~~~~~~~

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: *TF* |

**Case Title:** USA v. SAMUEL "SINCERE" MCCOY

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony     ☐ Misdemeanor     ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓  Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30122    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 10, 2020
Date

s/*Thomas Franzinger*
Thomas Franzinger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-3220
Fax: 313-226-3265
E-Mail address: Thomas.Franzinger2@usdoj.gov
Attorney Bar #: DC1005000

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.